decision of this petition.

No. 95–1891.  ANDERSON v. JOHNSON, AKA DORTCH, *ante*, p. 814;

No. 95–9187.  KRIVONAK v. BERKEY ET AL., *ante*, p. 842;

No. 95–9209.  GRANDISON v. MARYLAND, *ante*, p. 1027;

No. 96–78.  SPIEGEL v. STATE FARM FIRE & CASUALTY CO., *ante*, p. 865;

No. 96–620.  SIMMS v. FIRST MADISON BANK, FSB, *ante*, p. 1041;

No. 96–627.  DAVIS v. O'BRIEN, *ante*, p. 1041;

No. 96–640.  DAVIS v. HANOVER INSURANCE CO., *ante*, p. 1056;

No. 96–645.  SUBARU OF AMERICA, INC., ET AL. v. COMPTON, *ante*, p. 1042;

No. 96–5555.  VISWANATHAN v. SCOTLAND COUNTY BOARD OF EDUCATION ET AL., *ante*, p. 1030;

No. 96–5908.  JACKSON v. SOWA ET AL., *ante*, p. 983;

No. 96–5913.  CREAMER v. LAIDLAW TRANSIT, INC., *ante*, p. 983;

No. 96–6189.  IN RE GAYDOS, *ante*, p. 1006;

No. 96–6216.  LITZENBERG v. MARYLAND ET AL., *ante*, p. 1015;

No. 96–6265.  MARINOFF v. APPELLATE DIVISION, SUPREME COURT OF NEW YORK, FIRST JUDICIAL DEPARTMENT, ET AL., *ante*, p. 998;

No. 96–6270.  WILLIAMS v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL., *ante*, p. 1031;

No. 96–6292.  AARON v. CUNNINGHAM ET AL., *ante*, p. 1031;

No. 96–6302.  STEELE v. CITY OF LOS ANGELES ET AL., *ante*, p. 1016;

No. 96–6356.  IN RE JOHNSON, *ante*, p. 1039;

No. 96–6434.  WRONKE v. MADIGAN, SHERIFF, CHAMPAIGN COUNTY, ILLINOIS, *ante*, p. 1017;

No. 96–6536.  MITCHELL v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, *ante*, p. 1032;

No. 96–6564.  OWENS v. PRESBYTERIAN HOSPITAL, *ante*, p. 1033;

No. 96–6627.  HY THI NGUYEN v. DALTON, SECRETARY OF THE NAVY, *ante*, p. 1045;

No. 96–6667.  DARBY v. UNITED STATES, *ante*, p. 1034; and

No. 96–6681.  IN RE NAGY, *ante*, p. 1027.  Petitions for rehearing denied.